UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-mj-06469-HUNT

UNITED STATES OF AMERICA

v.

ELAN BAKHSHI and
JEFFREY DRAESEL, Jr.,

    Defendants.
_____/

## JOINT MOTION TO CONTINUE DEFENDANTS' ARRAIGNMENTS

The United States of America, by and through undersigned counsel, and Counsel for Defendants Elan Bakhshi and Jeffrey Draesel, Jr., hereby jointly file this Joint Motion to Continue Arraignment, and respectfully move this Court for an Order continuing the Arraignment in the above-referenced matter to September 15, 2021. As reasons therefore, the parties submit the following:

### The Criminal Case

1. On October 2, 2020, Draesel had his initial appearance on a criminal complaint charging him with conspiracy to commit health care fraud and wire fraud, in violation of 18 U.S.C. § 1349 (D.E.1). He was granted a bond and his arraignment was set for February 10, 2021. [Minute Order D.E. 25].

2. On November 6, 2020, Bakhshi had his initial appearance on the same criminal complaint, which charged him with a conspiracy to violate the Elimination of Kickbacks in Recovery Act ("EKRA") in violation of 18 U.S.C. § 371. [D.E. 1]. He was granted a bond and his arraignment was set for February 10, 2021. [Minute Order D.E. 84].

3. Although eight other defendants were indicted on January 19, 2021 in connection with this matter (*see* D.E. 1, 21-CR-60020-WPD), to date, defendants Bakhshi and Draesel have not been indicted nor has an Information been filed in this case.

4. Arraignments for both Defendants were continued until March by an Order from this Court [D.E. 111], and continued for a second time until April 7, 2021 after a joint motion by the parties [D.E. 113], pursuant to an Order by this Court, [D.E. 114], and then, after a joint motion [D.E. 115}, was extended until May 12, 2021, per an Order by this Court, [D.E. 116].

5. A related trial in this matter of two defendants (Jonathan and Daniel Markovich) is currently scheduled for August 2, 2021, before Judge Dimitrouleas.  Since the Government anticipates that it will be involved in trial preparation for the next few months, and then the trial itself, it is thus asking (with the agreement of the defendants) for a longer continuance than in its previous motions.  The Government anticipates these cases will resolve one way or the other by that time, thanks to the related trial itself and the progress of discussions between counsel thus far, and this will be the last request for a continuance.

6. Defense counsel and the United States respectfully request that the arraignment date for defendants Bakhshi and Draesel be moved to September 15, 2021.  The Government anticipates that further information about these defendants will be filed before that date.

7. Counsel for the United States and Counsel for the Defendants further request, as supported by the Tenth Administrative Order entered by Chief Judge Michael K. Moore on June 1, 2021, A.O. 2021-50, that the time period of any continuance entered as a result of AO 2021-50, and the time period for this request for continuance, be excluded under the Speedy Trial Act, as the continuance serves the ends of justice and outweighs the interests of the parties and the public in a speedy trial. 18 U.S.C. § 3161(h)(7)(A); *see also* Tenth A.O. 2021-50, at ¶ 15.

8. The Government has contacted defense counsel for Defendants Bakhshi and Draesel, and both indicated that they do not oppose, and in fact join in this motion to continue these arraignments, and to exclude any applicable Speedy Trial time in the interests of justice.

June 15, 2021

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

DANIEL KAHN, ACTING CHIEF
CRIMINAL DIVISION, FRAUD SECTION
U.S. DEPARTMENT OF JUSTICE

By:  /s/ *James V. Hayes*
JAMES V. HAYES
Senior Litigation Counsel
FL Special Bar No. A5501717
JAMIE DE BOER
Trial Attorney
FL Special Bar No. A5502601
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C.  20005
Phone:  (202) 774-4276
Email: James.Hayes@usdoj.gov
Email: Jamie.deBoer@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

 /s/ *James V. Hayes*